IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **05-cv-982-AP**

**ANGELA D. SANTISTEVAN,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

---

### MINUTE ORDER

---

Judge John L. Kane **ORDERS**

      The Unopposed Motion to File Answer Out of Time (doc. #10), filed September 7, 2005, is **GRANTED.**  The Answer is accepted as filed.

---

Dated:  September 7, 2005