IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-982-AP

Angela D. Santistevan,

    Plaintiff,

v.

Jo Anne B. Barnhart,
Commissioner of Social Security

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Devon Ann McFarland
116 South Walnut Street
Trinidad, CO 81082
719-846-4480
719-846-2392 FAX
devonmcf@rmi.net

<u>For Defendant</u>:
Bonnie E. Sims
Special Assistant United States Attorney
Bonnie.sims@ssa.gov

*Mailing Address:*
*1961 Stout Street, Suite 1001A*
*Denver, Colorado  80294*

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

      A.      **Date Complaint Was Filed:** May 31, 2005.

      B.      **Date Complaint Was Served on U.S. Attorney's Office:** June 9, 2005.

      C.      **Date Answer and Administrative Record Were Filed:** September 7, 2005.

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The record is complete.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

There is no additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case raises no unusual claims or defenses.

**7. OTHER MATTERS**

None.

**8. PROPOSED BRIEFING SCHEDULE**

      A.      **Plaintiff's Opening Brief Due:** November 15, 2005.

      B.      **Defendant's Response Brief Due:** December 15, 2005.

    **C.**    **Plaintiff's Reply Brief (If Any) Due:** December 30, 2005.

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    **A.**    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE
*Indicate below the parties' consent choice.*

    **A.**    **( X ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

IN ADDITION TO FILING AN APPROPRIATE NOTICE WITH THE CLERK'S OFFICE, COUNSEL MUST FILE A COPY OF ANY NOTICE OF WITHDRAWAL, NOTICE OF SUBSTITUTION OF COUNSEL, OR NOTICE OF CHANGE OF COUNSEL'S ADDRESS OR TELEPHONE NUMBER WITH THE CLERK OF THE UNITED STATES MAGISTRATE JUDGE ASSIGNED TO THIS CASE.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 29th day of  September , 2005.

BY THE COURT:

**S/John L. Kane**
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

s/ Devon A. McFarland
Devon Ann McFarland
116 S. Walnut Street
Trinidad, CO 81082
Telephone: 719-846-4480
marcyholland@gmail.com

Attorney for Plaintiff

s/ Bonnie E. Sims
BONNIE E. SIMS
Special Assistant U.S. Attorney

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294
bonnie.sims@ssa.gov

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant(s)