IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-982-AP**

**ANGELA D. SANTISTEVAN,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Unopposed Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act (doc. #21), filed February 23, 2006, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$4,154.00**.

Dated at Denver, Colorado, this 27th day of February, 2006.

BY THE COURT:

**S/John L. Kane**
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT